# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Ricky Carlos Grant,

        Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                                         3:09-cv-311-GCM

Officer Christopher J. Rush;
Officer Daniel J. Bignall,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2009 Order.

        Signed: August 4, 2009

Frank G. Johns, Clerk
United States District Court